# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **OLIVIA WILLIAMS** )<br>)<br>**Plaintiff,** )<br>vs. )<br>)<br>**VWR INTERNATIONAL, LLC** )<br>**Defendant.** )<br>)<br>)<br>) | **CASE NO. 1:13-CV-04214-ODE-ECS** |

## PLAINTIFF'S INITIAL DISCLOSURES

**COME NOW** OLIVIA WILLIAMS, Plaintiff in the above-styled action and provides the following Initial Disclosures:

**(1) State precisely the classification of the cause of action being filed, a brief factual outline of the case including plaintiff's contentions as to what defendant did or failed to do, and a succinct statement of the legal issues in the case.**

Defendant failed to post jobs so Plaintiff could apply for the positions. Defendant failed to promote Plaintiff while promoting substantially less qualified Caucasian.

**RESPONSE:**

**(2) Describe in detail all statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law which plaintiff contends are applicable to this action.**

Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 200e, et seq., and 42 USC 1981A ("Title VII").

**RESPONSE:**

**(3)   Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the subjects of the information. (Attach witness list to Initial Disclosures as Attachment A.)**

**RESPONSE:**

Please see Exhibit A.

**(4)   Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. For all experts described in Fed. R. Civ. P. 26(a) (2)(B), provide a separate written report satisfying the provisions of that rule. (Attach expert witness list and written reports to Responses to Initial Disclosures as Attachment B.)**

**RESPONSE:**

NONE.

**(5)     Provide a copy of, or a description by category and location of, all documents, data compilations, and tangible things in your possession, custody, or control that you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of information. (Attach document list and descriptions to Initial Disclosures as Attachment C.)**

**RESPONSE:**

Please the attached documents marked as Exhibit C.

**(6)     In the space provided below, provide a computation of any category of damages claimed by you. In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered, making such documents or evidentiary material available for inspection and copying as under Fed. R. Civ. P. 34. (Attach any copies and descriptions to Initial Disclosures as attachment D.)**

**RESPONSE:**

Plaintiff has no such documents at this time.

**(7)** Attach for inspection and copying as under Fed. R. Civ. P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment. (Attach copy of insurance agreement to Initial Disclosures as Attachment E.)

**RESPONSE:**

NONE

**(8)** Disclose the full name, address, and telephone number of all persons or legal entities who have a subrogation interest in the cause of action set forth in plaintiffs' cause of action and state the basis and extent of such interest.

**RESPONSE:**

NONE.

Michael O. Mondy
mondy@mondypc.com
MICHAEL O. MONDY, P.C.
925B Peachtree Street NE. #329
Atlanta, Georgia 30309

Respectfully submitted this 12TH day of September 14.

**s/Michael O. Mondy**
Michael O. Mondy, Esq.
Georgia Bar No. 897950
Attorney for Plaintiff

**MICHAEL O. MONDY, P.C.**
925B Peachtree Street NE #329
Atlanta, Georgia 30309
Office: 404.492.9568
Facsimile: 404.492.7074
mondy@mondypc.com

## **CERTIFICATE OF FONT, TYPE, AND SERVICE**

I hereby certify that on September 12, 2014, I electronically filed with the Clerk of Court the Plaintiff Initial Disclosers, in Times New Roman, 14 point type, using the CM/ECF system which will automatically send e-mail notification to all attorneys of record. OLIVIA WILLIAMS

David N. Schaeffer
3127 Maple Drive, NE
Atlanta, Georgia 30305

Respectfully submitted this Friday, September 12, 2014

s/ Michael O. Mondy
Michael O. Mondy, Esq.
Georgia Bar No. 897950
Attorney for Plaintiff

**MICHAEL O. MONDY, P.C.**
925B Peachtree Street NE #329
Atlanta, Georgia 30309
Office: 404.492.9568
Facsimile: 404.492.7074
mondy@mondypc.com