## WITNESSES FOR DISCRIMINATION AT VWR

1) Ameda Henderson (404-931-3002) is an African-American with a Degree who came to work for VWR in 2006 as a Customer Service Rep processing Orders via phone and email. Ameda can witness VWR's discrimination on Failure to Promote first hand as she too applied for positions and were denied. Ameda can also verify Managers at VWR escalating employees into other positions that were not posted, particularly the Russell Nunn's case. Ameda was acustom to checking VWR's computer job posting every day and did not see the Inside Sales Rep position posted that Russell Nunn was given. In fact, Ameda printed the job postings to prove it was not listed. In addition, Ameda experienced favortism and harassment from VWR managers.

2) D'lisa Gray (817-691-4479) is an African-American who came to work for VWR in 2003 as a Customer Service Representative handling credits/rebills, returns, damages, etc. Dlisa witnessed VWR's managers escalating employees into other positions that were not posted. Dlisa also can confirm that Kris Harvey(white male) came to work for VWR in 2006, making more money than employees who had been with the Company for years as Kris flashed his check stub and bragged. Dlisa was denied promotions and transfer to VWR's Texas facility.

3) Sheri Randolph (678-760-3933) is an African-American with several Degrees who came to work for VWR in 2003 as a Customer Service Rep. Sheri did receive a promotion in 2004 as an Inventory Control Specialist but later was treated badly by a VWR warehouse manager and filed a Defimation of Character law suit with the EEOC in 2008 along with myself and Rob Mann. Sheri can confirm managers escalating employees into other positions that were not posted. And she saw and experienced the favoritism and harassment from VWR managers. For this reason, Sheri applied for the Inventory Control position in the warehouse.

For Religious reasons, Sheri elected to opt out of the Discrimination Law Suit.

4) Rob Mann (404-839-6082) is an African-American who came to work for VWR approximately in 1993 as a Putaway Clerk in the Warehouse. Rob interviewed with Shipping Supervisor Melvin Babb(Black) and was moved from Putaway to Shipping. The very next day Supervisor, Mike Caldwell(White) Overturned the move because Rob was on a Verbal Warning and made him go back to his Putaway position inspite of others being promoted while on Verbal Warning. Rob was fired for Retaliation in the Sheri Randolph-Dunham case. He filed a case with the EEOC in 2008 and won. Rob can witness Discrimination on Failure to promote, favortism and harassment.

5) Rosalyn Rodgers(404-452-8358) is an African-American who came to work for VWR in 2003 as a Customer Service Rep processing Orders via phone and email. Rosalyn can witness VWR's managers Discrimination on failure to promote, favortism, harassment and employees being escalated into other positions that were not posted. However, Rosalyn wants to keep her job and therefore, does not want to be a Witness to any of this. According to Ameda, Rosalyn is still being treated very badly at VWR, but refuse to say or do anything about it.