EXHIBIT B

Plaintiff has no expert witness at this time.