# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:13-cv-04214-ODE-ECS
### Williams v. VWR International, LLC
### Honorable E. Clayton Scofield, III

Minute Sheet for proceedings held In Chambers on 01/15/2015.

TIME COURT COMMENCED: 2:20 P.M.
TIME COURT CONCLUDED: 3:00 P.M.
TIME IN COURT: 0:40
OFFICE LOCATION: Atlanta
DEPUTY CLERK: Michael Hill

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Michael Mondy representing Olivia Williams<br>David Schaeffer representing VWR International, LLC<br>DeMaris Trapp representing VWR International, LLC<br>David Woolf representing VWR International, LLC |
| PROCEEDING CATEGORY: | Discovery Hearing(Non-final Pretrial Conference); Telephone Conference(Non-final Pretrial Conference); |
| MOTIONS RULED ON: | [37]Motion for Extension of Time to Complete Discovery GRANTED |
| MINUTE TEXT: | A telephone conference was held in the above-styled case to address several discovery matters. By January 23, 2015, the parties will agree upon a date for Plaintiff to inspect Defendant's employee databases, with said inspection to occur no later than February 6, 2015. The parties will likewise agree upon a date for Plaintiff to take Defendant's 30(b)(6) deposition via video conference no later than February 27, 2015. The parties will also agree upon a date for Defendant to take Plaintiff's deposition. Plaintiff shall have ten (10) days from the date of this Order to file supplemental responses to Defendant's requests for production, per the discussion in the conference. Plaintiff shall have thirty (30) days from the date of this Order to file a motion to compel discovery, if appropriate, relating to the matters discussed in the conference. The discovery period is hereby extended through and until March 20, 2015, with all other deadlines to be extended accordingly. |