IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **OLIVIA WILLIAMS**<br><br>　　　　**Plaintiff,**<br>　vs.<br><br>**VWR INTERNATIONAL, LLC**<br>　　　　**Defendant.** | )<br>)<br>)<br>) **CASE NO. 1:13-CV-04214-ODE-**<br>) **ECS**<br>)<br>)<br>)<br>)<br>)<br>) |

## REQUEST TO FILE ORIGINAL DISCOVERY

**COMES NOW** OLIVIA WILLIAMS (hereinafter "Plaintiff"), pursuant to Local Rule 26.3(B) and Fed. R. Civ. P. 32(B) (6) request that the custodian of the original evidence listed below (namely, Defendant's counsel or his designee) file with the Clerk of this Court at the time Defendant's motion for summary judgment is filed, the following originals:

1. Deposition of Olivia Williams;

2. Deposition of Robert Schultz;

3. Deposition of Ameda Henderson; and

4. Deposition of Sheri Dunham.

Respectfully submitted this Monday, March 23, 2015

<u>s/ Michael O. Mondy</u>  
Michael O. Mondy, Esq.  
Georgia Bar No. 897950  
Attorney for Plaintiff

**MICHAEL O. MONDY, P.C.**
925B Peachtree Street NE #329
Atlanta, Georgia 30309
Office: 404.492.9568
mondy@mondypc.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **OLIVIA WILLIAMS**<br><br>　　　　**Plaintiff,**<br>**vs.**<br><br>**VWR INTERNATIONAL, LLC**<br>　　　　**Defendant.** | )<br>)<br>)<br>)  **CASE NO. 1:13-CV-04214-ODE-**<br>)  **ECS**<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF FONT, TYPE, AND SERVICE

I hereby certify that on March 23, 2015, I electronically filed with the Clerk of Court the Plaintiff's Request to File Original Discovery, 14 point type, using the CM/ECF system which will automatically send e-mail notification to all attorneys of record.

Respectfully submitted this Monday, March 23, 2015

s/ Michael O. Mondy
Michael O. Mondy, Esq.
Georgia Bar No. 897950
Attorney for Plaintiff

**MICHAEL O. MONDY, P.C.**
925B Peachtree Street NE #329
Atlanta, Georgia 30309
Office: 404.492.9568
Facsimile: 404.492.7074